UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIONN NOVELL TAYLOR, <br><br> Plaintiff, <br><br> v. <br><br> JASON SCHULTZ, et al., <br><br> Defendants. | Case No. 25-cv-00206 NC (PR) <br><br> **ORDER OF TRANSFER** |

Plaintiff, a state prisoner at the California State Prison ("CSP"), Sacramento, filed a *pro se* civil rights complaint under 42 U.S.C. § 1983, against CSP prison staff. Dkt. No. 1. CSP is located in Folsom, which lies in Sacramento County. Because the acts complained of occurred in Sacramento County, which lies within the venue of the Eastern District of California, *see* 28 U.S.C. § 84(b), venue properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b).

Accordingly, this case is TRANSFERRED to the United States District Court for the Eastern District of California. *See* 28 U.S.C. § 1406(a).

The Clerk shall terminate all pending motions and transfer the entire file to the

1. Eastern District of California.
2. **IT IS SO ORDERED.**
3. DATED: January 14, 2025

NATHANAEL M. COUSINS
United States Magistrate Judge

Order of Transfer
PRO-SE\NC\CR 2024\00206Taylor_transfer(ED)