UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DIONN NOVELL TAYLOR,

Plaintiff,

v.

JASON SCHULTZ, et al.,

Defendants.

No.  2:25-cv-0199 CKD P

ORDER

Plaintiff is a former state prisoner currently in custody at the San Francisco County Jail. Plaintiff proceeds without counsel and seeks relief under 42 U.S.C. § 1983 related to events that occurred at California State Prison – Sacramento. (ECF No. 1.) Plaintiff's motions seeking various relief are before the court. Plaintiff requests to "opt-in" for a settlement conference, "pro per P.L.S. status" at the jail, and a change of housing status to CJ #2 "E" Pod. (ECF No. 27.) Plaintiff also requests a court order for "full access to the telephone." (ECF No. 31.)

"[A] court has no power to adjudicate a personal claim or obligation unless it has jurisdiction over the person of the defendant." Zenith Radio Corp. v. Hazeltine Rsch., Inc., 395 U.S. 100, 110 (1969); SEC v. Ross, 504 F.3d 1130, 1138–39 (9th Cir. 2007). The court's jurisdiction in this case is limited to the parties in this action and to the cognizable legal claims upon which this action is proceeding. The pendency of this action does not give this court jurisdiction over jail officials where plaintiff is in custody or over other issues affecting plaintiff.

1

Thus, the present motions are denied except to the extent that plaintiff seeks a settlement conference which has been scheduled. (See ECF No. 29.)

Accordingly, IT IS ORDERED as follows:

1. Plaintiff's motion for pro per P.L.S. status" at the jail and a change of housing status to CJ #2 "E" Pod (ECF No. 27) is DENIED.

2. Plaintiff's motion for a court order for telephone use (ECF No. 31) is DENIED.

Dated:  January 21, 2026

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8 tayl0199.phone

2